IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    **Plaintiff**,<br><br>      v.<br><br>**DANIEL LÓPEZ-MOLINA,**<br><br>    **Defendant**. | **CRIM. NO. 15-458 (PAD)** |

### ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Daniel López-Molina (Docket No. 24), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to COUNT FOURTEEN of the Indictment.

The court notes that a Presentence Investigation Report was ordered and the parties were granted until June 5, 2016, to file their sentencing memorandum. The Sentencing Hearing remains as set at Docket No. 32.

**SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of March, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge